NO. 12-10-00330-CV

 

IN THE COURT OF APPEALS          

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

ANDREW J. BALL AND
KATHERINE    §                      APPEAL FROM THE

BROWN f/k/a KATHERINE BALL,

APPELLANTS

                                                                        

V.                                                                    §                      COUNTY
COURT AT LAW

                                                                        

 

SOUTHSIDE BANK,

APPELLEE                                                   §                      SMITH
COUNTY, TEXAS







                                    MEMORANDUM
OPINION

                                                                  PER
CURIAM

            Appellants
have filed an unopposed motion to dismiss this appeal.  In their motion,
Appellants state that they have reached a resolution of this dispute and no
longer wish to pursue the appeal.  Because Appellants have met the requirements
of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the
appeal is dismissed.  

            Opinion delivered January 5, 2011.

            Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

                                                                    (PUBLISH)